UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAUL GONZALES,

    Petitioner,

v.

CALVIN JOHNSON, *et al.*,

    Respondents.

Case No. 2:21-cv-02055-GMN-DJA

**ORDER**

In this habeas corpus action, on November 29, 2021, the Court issued a scheduling order (ECF No. 20), giving the petitioner, Raul Gonzales, represented by appointed counsel, until February 28, 2022 (91 days) to file a second amended habeas petition.

On February 25, 2022, Gonzales filed a motion for extension of time (ECF No. 23), requesting a 91-day extension, to May 30, 2022. Gonzales's counsel states that she needs the extension of time to finish gathering the record and to meet with Gonzales, the latter of which has been delayed by the COVID-19 pandemic. Respondents do not object to the extension of time. The Court finds that Gonzales's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 23) is **GRANTED**. Petitioner will have until and including May 30, 2022, to file his second amended petition for writ of habeas corpus.

DATED THIS 28 day of February, 2022.

```
_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE
```