UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER** |

In this habeas corpus action, after an initial 91-day period (ECF No. 20), and a 91-day extension of time (ECF No. 23), Petitioner Raul Gonzales, represented by appointed counsel, had until May 30, 2022, to file a second amended habeas petition.

On May 27, 2022, Gonzales filed a motion for extension of time (ECF No. 25), requesting a further 60-day extension, to July 29, 2022. Gonzales's counsel states that she needs the extension of time because of delays in meeting with Gonzales caused by the COVID-19 pandemic, and because of time away from her office. Respondents do not object to the extension of time. The Court finds that Gonzales's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

Nothing in this order, or in any order extending the time for Gonzales to file any amended petition, is meant to affect, or convey any opinion regarding, the operation of any statute of limitations in this case.

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 25) is **GRANTED**. Petitioner will have until and including **July 29, 2022**, to file his second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered November 29, 2021 (ECF No. 20) remains in effect.

DATED THIS 1 day of June, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE