UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER** |

In this habeas corpus action, the respondents were due on September 26, 2022, to respond to Petitioner Raul Gonzales' second amended habeas petition. *See* Order entered November 29, 2021 (ECF No. 20) (60 for response).

On September 26, 2022, Respondents filed a motion for extension of time (ECF No. 28), requesting a 77-day extension, to December 12, 2022. Respondents' counsel states that she needs the extension of time because of the time necessary to organize the state court record and draft the response, and because of personal medical issues. Respondents' counsel states that Gonzales, who is represented by appointed counsel, does not object to the extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 28) is **GRANTED**. Respondents will have until and including **December 12, 2022**, to respond to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered November 29, 2021 (ECF No. 20) remains in effect.

DATED THIS 27 day of September, 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE