UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER** |

In this habeas corpus action, after a 60-day initial period and a 77-day extension of time, the respondents were due on December 12, 2022, to respond to Petitioner Raul Gonzales' second amended habeas petition. *See* Order entered November 29, 2021 (ECF No. 20) (60 days for response); Order entered September 27, 2022 (ECF No. 29) (77-day extension).

On December 12, 2022, Respondents filed a motion for extension of time (ECF No. 30), requesting a further 30-day extension, to January 11, 2023. Respondents' counsel states that she needs the extension of time because of her obligations in other cases and because of understaffing at the office of the Nevada Attorney General. Respondents' counsel states that Gonzales, who is represented by appointed counsel, does not object to the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 30) is **GRANTED**. Respondents will have until and including **January 11, 2023**, to respond to the second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered November 29, 2021 (ECF No. 20) remains in effect.

DATED THIS 13 day of _____December_____, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE