UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER** |

    In this habeas corpus action, the respondents filed their answer (ECF No. 42) on January 11, 2023. Petitioner Raul Gonzales, represented by appointed counsel, was then due to file his reply to Respondents' answer by February 27, 2023. *See* Scheduling Order (ECF No. 20) (45 days for reply).

    On February 23, 2023, Gonzales filed a motion for extension of time (ECF No. 43), requesting an extension to May 26, 2023, an 88-day extension. Gonzales's counsel states that she needs the extension of time because of her obligations in other cases. Respondents do not object to the extension of time. The Court finds that Gonzales's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 43) is **GRANTED**. Petitioner will have until and including May 26, 2023, to file his reply to Respondents' answer.

DATED THIS  24  day of _____February_____, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE