UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER** |

    In this habeas corpus action, the respondents filed their answer (ECF No. 42) on January 11, 2023. Then, after an initial period of 45 days and an 88-day extension of time, Petitioner Raul Gonzales, represented by appointed counsel, was due to file his reply to Respondents' answer by May 26, 2023. *See* Scheduling Order (ECF No. 20) (45 days for reply); Order entered February 24, 2023 (ECF No. 44) (88-day extension).

    On May 24, 2023, Gonzales filed a motion for extension of time (ECF No. 46), requesting an extension to July 26, 2023, a 61-day extension. Gonzales's counsel states that she needs the extension of time because of her obligations in other cases and time away from work. Gonzales's counsel represents that Respondents do not object to the extension of time. The Court finds that Gonzales's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 46) is **GRANTED**. Petitioner will have until and including **July 26, 2023**, to file his reply to Respondents' answer.

///

///

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), William Gittere is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS _23_ day of _____May_____, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE