UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 48)** |

　　　　In this habeas corpus action, the respondents filed their answer (ECF No. 42) on January 11, 2023. Then, after an initial period of 45 days, an 88-day extension, and a 61-day extension, Petitioner Raul Gonzales, represented by appointed counsel, was due to file his reply to Respondents' answer by July 26, 2023. *See* Scheduling Order (ECF No. 20) (45 days for reply); Order entered February 24, 2023 (ECF No. 44) (88-day extension); Order entered May 24, 2023 (ECF No. 46) (61-day extension).

　　　　On July 25, 2023, Gonzales filed a motion for extension of time (ECF No. 48), requesting a further 61-day extension of time for his reply—to September 25, 2023. Gonzales's counsel states that she needs the extension of time because of her obligations in other cases and personal health issues. Gonzales's counsel represents that Respondents do not object to the extension of time. The Court finds that Gonzales's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 48) is **GRANTED**. Petitioner will have until and including **September 25, 2023**, to file his reply to Respondents' answer.

DATED THIS 26 day of _____July_____, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE