UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 51)** |

    In this habeas corpus action, the respondents filed their answer (ECF No. 42) on January 11, 2023. Then, after an initial period of 45 days, an 88-day extension, a 61-day extension, and another 61-day extension, Petitioner Raul Gonzales, represented by appointed counsel, was due to file his reply to Respondents' answer by September 25, 2023. *See* Scheduling Order (ECF No. 20) (45 days for reply); Order entered February 24, 2023 (ECF No. 44) (88-day extension); Order entered May 24, 2023 (ECF No. 46) (61-day extension); Order entered July 26, 2023 (ECF No. 49) (61-day extension).

    On September 22, 2023, Gonzales filed a motion for extension of time (ECF No. 51), requesting a further 7-day extension of time for his reply—to October 2, 2023. Gonzales then did file his reply on October 2, 2023 (ECF No. 52).

    Gonzales's counsel stated that she needed the extension of time because of her obligations in other cases. Gonzales's counsel represented that Respondents did not object to the extension of time. The Court finds that Gonzales's motion for extension of time was made in good faith and not solely for the purpose of delay, and that there was good cause for the extension of time requested.

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 51) is **GRANTED**. Petitioner's reply (ECF No. 52) will be treated as timely filed. In all other respects, the schedule for further proceedings set forth in the scheduling order, entered November 29, 2021 (ECF No. 20) will remain in effect (Respondents' response to Petitioner's reply is due November 1, 2023).

DATED THIS 6 day of October, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE