UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 55)** |

     In this habeas corpus action, the respondents filed their answer (ECF No. 42) on January 11, 2023, and Petitioner Raul Gonzales, represented by appointed counsel, filed his reply (ECF No. 52) on October 2, 2023. Respondents were then due to file their response to Gonzales's reply by November 1, 2023. *See* Scheduling Order (ECF No. 20) (30 days for response to reply).

     On November 1, 2023, Respondents filed a motion for extension of time (ECF No. 55), requesting an extension of time to December 5, 2023—a 34-day extension—to respond to Gonzales's reply. Respondents' counsel states that she needs the extension of time because of her obligations in other cases and personal health issues. Respondents' counsel represents that Gonzales does not oppose this motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 55) is **GRANTED**. Respondents will have until and including **December 5, 2023**, to file their response to Petitioner's reply to their answer.

DATED THIS __1__ day of _____November_____, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE