UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 2:21-cv-02055-GMN-DJA<br><br>**ORDER GRANTING<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 60)** |

In this habeas corpus action, the respondents filed their answer (ECF No. 42) on January 11, 2023, and Petitioner Raul Gonzales, represented by appointed counsel, filed his reply (ECF No. 52) on October 2, 2023. Then, after a 30-day initial period (*see* ECF No. 20), a 34-day extension of time (ECF No. 56), and a 7-day extension of time (ECF No. 58), Respondents were due to file their response to Gonzales's reply by December 12, 2023.

On December 12, 2023, Respondents filed a motion for extension of time (ECF No. 60), requesting a further 62-day extension of time, to February 12, 2024, to respond to Gonzales's reply. Respondents' counsel states that he needs the extension of time because he just recently took over responsibility for this case (*see* ECF No. 59). Respondents' counsel represents that Gonzales does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 60) is **GRANTED**. Respondents will have until and including **February 12, 2024**, to file their response to Petitioner's reply to their answer.

DATED THIS 12 day of December, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE