# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES, | Case No. 2:21-cv-02055-GMN-DJA |
| Petitioner, | |
| v. | **Order Directing the Respondents to Supplement the Record** |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

This habeas matter is poised for merits review. The respondents are directed to file as supplemental exhibits all documents filed in the relevant state justice court cases PC14F00757X and 14F00757X, including the "criminal complaint" and attachments, "arrest documents," minute orders, and reporter's transcripts of proceedings. (*See* ECF No. 34-2 at 36); *see also* Rules Governing Section 2254 Cases, Rule 7; *McDaniels v. Kirkland*, 813 F.3d 770, 773 (9th Cir. 2015) (en banc) (holding federal habeas courts "may consider the entire state-court record, including evidence that was presented only to the trial court."); *Nasby v. McDaniel*, 853 F.3d 1049, 1052–54 (9th Cir. 2017) (remanding for consideration of the entire state-court record).

**IT IS THEREFORE ORDERED:**

1. Respondents have until **April 15, 2024**, to file, as supplemental exhibits, all documents filed in state justice court cases PC14F00757X and 14F00757X, including the "criminal complaint" and attachments, "arrest documents," minute orders, and reporter's transcripts of proceedings.

2. The petitioner will have **10 days** after the respondents file the supplemental exhibits to admit or deny the correctness of the supplemental exhibits.

DATED: March 25, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE