# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAUL GONZALES,

              Petitioner,

v.

WILLIAM GITTERE, et al.,

              Respondents.

Case No. 2:21-cv-02055-GMN-DJA

**ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that Respondents' Unopposed Motion for Enlargement of Time (First Request) **(ECF No. 72)** to file a response to Petitioner's Motion for Reconsideration, **is GRANTED** nunc pro tunc. Respondents have until July 22, 2024, to file a response to Petitioner's Motion for Reconsideration.

DATED: June 10, 2024

                                               GLORIA M. NAVARRO
                                               UNITED STATES DISTRICT JUDGE