# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAUL GONZALES, | Case No. 2:21-cv-02055-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM GITTERE, et al., | |
| Respondents. | |

Good cause appearing, **IT IS HEREBY ORDERED** that Petitioner's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Reconsideration (First Request) **(ECF No. 77) is GRANTED**. Petitioner has until August 29, 2024, to file a Reply in Support of Petitioner's Motion for Reconsideration.

DATED: July 22, 2024

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE